UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

                                                    **ORDER**

VIKTOR BOUT,
    a/k/a "Boris,"                                 08 Cr. 365
    a/k/a "Victor Anatoliyevich Bout,"
    a/k/a "Victor But,"
    a/k/a "Viktor Budd,"
    a/k/a "Viktor Butt,"
    a/k/a "Viktor Bulakin,"
    a/k/a "Vadim Markovich Aminov,"

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, the above-captioned indictment was returned on April 24, 2008, and, upon application of the government, ordered to be filed under seal; and

        WHEREAS the Government has requested that the above-captioned indictment be unsealed;

        IT IS HEREBY ORDERED, that, the indictment docketed as 08 Cr. 365 be unsealed.

Dated: New York, New York
       May 6, 2008

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

FRANK MAAS
United States Magistrate Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 6 2008