

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 28, 2008

**BY HAND**                                    **PLEASE FILE UNDER SEAL**

Honorable James C. Francis IV
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/28/08

Re: **United States v. Viktor Bout**
    08 Cr. 365

Dear Judge Francis:

The above-referenced Indictment, which charges the defendant with (1) conspiring to kill United States nationals; (2) conspiring to kill United States officers and employees; (3) conspiring to acquire and use anti-aircraft missiles; and (4) conspiring to provide material support to a foreign terrorist organization, remains under seal. The defendant was arrested on March 6, 2008 in Bangkok, Thailand. In connection with the Government's efforts to seek the extradition of the defendant from Thailand, the Government needs to provide certified copies of the Indictment and the arrest warrant to the Government of Thailand as part of the extradition application for the defendant. However, the Government is not at liberty to disclose the existence of the charges contained in the Indictment since they are sealed. Accordingly, the Government respectfully requests that the Court enter an Order, in the form proposed below, unsealing the charges against the defendant for the purpose of permitting the Government to provide certified copies of the Indictment and the arrest warrant to the Government of Thailand as part of the extradition application for the defendant. The Government respectfully requests that the Indictment remain sealed in all other respects.

Finally, because this letter discusses matters relating to an ongoing investigation, the Government respectfully requests that this letter be filed under seal. For the Court's

Honorable James C. Francis IV
April 28, 2008
Page 2

convenience, the Government has set forth at the foot of this letter a proposed Order granting the relief requested herein. The Government stands ready to supply upon request any additional information the Court may require.

                             Respectfully submitted,

                             MICHAEL J. GARCIA
                             United States Attorney

            By: _____
                Anjan Sahni / Brendan R. McGuire
                Assistant United States Attorneys
                (212) 637-2491 / 2220


      For the reasons set forth above, IT IS, on this ___th day of April 2008,

      ORDERED, that Indictment 08 Cr. 365 be and hereby is unsealed, only to the extent that the Government may inform the Government of Thailand of the existence and nature of the charges for the purpose of seeking the defendant's extradition; and it is further

      ORDERED, that this Order, and the accompanying letter of the Government, are hereby sealed and shall remain so until further Order of this Court.

Dated:    New York, New York
           April 28, 2008

                             _____
                             HONORABLE JAMES C. FRANCIS IV
                             UNITED STATES MAGISTRATE JUDGE
                             SOUTHERN DISTRICT OF NEW YORK