**Exhibit 2**

CR 12 (Rev. 6/82)                    WARRANT FOR ARREST

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |  |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VIKTOR BOUT, a/k/a "Boris," a/k/a "Victor Anatoliyevich Bout," a/k/a "Victor But," a/k/a "Viktor Budd," a/k/a "Viktor Butt," a/k/a "Viktor Bulakin," a/k/a "Vadim Markovich Aminov," | DOCKET NO.<br>08 CRIM. 365 | MAGISTRATE'S CASE |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment    ☐ Information   ☐ Complaint | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>VIKTOR BOUT, a/k/a "Boris," a/k/a "Victor Anatoliyevich Bout," a/k/a "Victor But," a/k/a "Viktor Budd," a/k/a "Viktor Butt," a/k/a "Viktor Bulakin," a/k/a "Vadim Markovich Aminov," | |
| | DISTRICT OF ARREST | |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

| DESCRIPTION OF CHARGES |
|---|
| Conspiracy to Kill United States Nationals<br><br>Conspiracy to Kill United States Officers and Employees<br><br>Conspiracy to Acquire and Use Anti-Aircraft Missiles<br><br>Conspiracy to Provide Material Support to Designated Terrorist Organization |

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
DEPUTY CLERK

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>2332(b), 1114, 1117, 2332g, 2339B |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |
| ORDERED BY<br>Hon. Douglas F. Eaton | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>4/24/08 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named person. |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed