# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

January 5, 2011


RECEIVED
JAN 0 6 2011
CHAMBERS OF
SHIRA A. SCHEINDLIN
U.S.D.J.

VIA FACSIMILE
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States of America v. Viktor Bout</u>
08 Cr. 365 (SAS)

Hon. Judge Scheindlin:

    We represent Viktor Bout. We write on his behalf to respectfully request a 30 day adjournment of the status conference currently scheduled for <u>January 10, 2011</u>.

    The adjournment is necessary as we are still reviewing the discovery in this case. The completion of our review has been slowed by both the volume of discovery and the restrictive conditions of Mr. Bout's confinement.

    The government opposes our request for 30 days, having offered to consent to only an additional week.

    Should the Court grant our request, we consent to the exclusion of time under the Speedy Trial Act, pursuant to Title 18, United States Code, § 3161(h)(7)(A). Excluding the time between January 10, 2011, and the next date set by the Court, will best serve the ends of justice and outweigh the interests of the public and the defendant in a speedy trial. It will allow us to continue reviewing discovery and discuss a possible disposition of the matter. Thank you.

Respectfully submitted,

Sabrina Shroff & Steven Statsinger
Assistant Federal Defenders

cc: AUSAs Sahni & McGuire
    Viktor Bout

*[Handwritten annotation: Request granted in part and denied in part. Conference adjourned to January 21 at 4:30. Time excluded. So Ordered. /s/ 1/6/11]*