```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                       :
UNITED STATES OF AMERICA               :
                                       :
          -v.-                         :
                                       :
VIKTOR BOUT,                           :     ORDER OF
     a/k/a "Boris,"                    :     FORFEITURE
     a/k/a "Victor Anatoliyevich Bout,":
     a/k/a "Victor But,"               :     08 Cr. 365 (SAS)
     a/k/a "Viktor Budd,"              :
     a/k/a "Viktor Butt,"              :
     a/k/a "Viktor Bulakin,"           :
     a/k/a "Vadim Markovich Aminov,"   :
                                       :
                    Defendant.         :
                                       :
- - - - - - - - - - - - - - - - - - - x
```

USDC ...
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/12

WHEREAS, on April 24, 2008, VIKTOR BOUT, a/k/a "Boris," a/k/a "Victor Anatoliyevich Bout," a/k/a "Victor But," a/k/a "Viktor Budd," a/k/a "Viktor Butt," a/k/a "Viktor Bulakin," a/k/a "Vadim Markovich Aminov," ("BOUT") was charged in a four-count Indictment, 08 Cr. 365 (SAS) (the "Indictment"), with one count of conspiring to kill United States nationals, in violation of 18 U.S.C. §§ 2332(b) and 3238 (Count One); one count of conspiring to kill U.S. officers and employees, in violation of 18 U.S.C. §§ 1114, 1117, and 3238 (Count Two); one count of conspiring to acquire and use anti-aircraft missiles, in violation of 18 U.S.C. §§ 2332g(a)(1), (b)(4), and 3238 (Count Three); and one count of conspiring to provide material support or resources to a foreign terrorist organization, in violation of 18 U.S.C. §§ 2339B(a)(1), (d)(1)(E)), and 3238 (Count Four);

WHEREAS, the Indictment contained a forfeiture allegation, pursuant to 18 U.S.C. § 981(a)(1)(G)(iii) and 28 U.S.C. § 2461(c), seeking criminal forfeiture of all right, title, and interest of BOUT in all assets, foreign and domestic, derived from, involved in, or used or intended to be used to commit a Federal crime of terrorism against the United States, citizens and residents of the United States, and their property;

WHEREAS, on November 2, 2011, BOUT was convicted of Counts One through Four of the Indictment following a jury trial;

WHEREAS, on April 5, 2012, BOUT was sentenced, and as part of his sentence was ordered to forfeit $15,000,000 [handwritten correction from $20,000,000] in United States currency.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Counts One through Four of the Indictment, to which the defendant, after a jury trial, was found guilty, a money judgment in the amount of $15,000,000 [handwritten correction from $20,000,000] in United States currency (the "Money Judgment") shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture, this Order is final as to the defendant, VIKTOR BOUT, a/k/a "Boris," a/k/a "Victor Anatoliyevich Bout," a/k/a "Victor But," a/k/a "Viktor Budd," a/k/a "Viktor Butt," a/k/a "Viktor Bulakin,"

a/k/a "Vadim Markovich Aminov," and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. Upon execution of this Order of Forfeiture, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

4. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, Chief of the Asset Forfeiture Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

Dated:   New York, New York
         April 5, 2012

SO ORDERED:

_____
HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE