Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

SOUTHERN District of NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 11 2012

Caption:
UNITED STATES v.

VIKTOR BOUT

Docket No.: 08-CR-365

SHIRA A. SCHEINDLIN
(District Court Judge)

Notice is hereby given that _____VIKTOR BOUT_____ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____
(specify)
entered in this action on __APRIL 5, 2012__.
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea | | trial |✓| N/A | .

Offense occurred after November 1, 1987? Yes |✓| No [ ] N/A [ ]

Date of sentence: __APRIL 5, 2012__ N/A |___|

Bail/Jail Disposition: Committed |✓| Not committed | | N/A |

Appellant is represented by counsel? Yes ✓ | No | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | ALBERT YUKHANAN DAYAN |
| Counsel's Address: | 80-02 KEW GARDENS ROAD. SUITE 902 |
| | KEW GARDENS, NEW YORK 11415 |
| Counsel's Phone: | 1-718-268-9400 |
| Assistant U.S. Attorney: | BRENDAN MCGUIRE / GURUANJAN SAHNI |
| AUSA's Address: | 1 ST. ANDREWS PLAZA |
| | NEW YORK, NEW YORK 10007 |
| AUSA's Phone: | 1-212-637-2491/2220 |

*Albert Y. Dayan*
Signature