CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

CASE NAME: UNITED STATES v. VIKTOR BOUT

DOCKET NUMBER: 08-CR-365

COUNSEL'S NAME: ALBERT YUKHANAN DAYAN

COUNSEL'S ADDRESS: 80-02 KEW GARDENS ROAD, #902
KEW GARDENS, NEW YORK 11415

COUNSEL'S PHONE: 718-268-9400

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED APR 11 2012]*

**QUESTIONNAIRE**

☐ I am ordering a transcript.

☑ I am not ordering a transcript.   Reason: ☑ Daily copy available   ☐ U.S. Atty. placed order
☐ Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

☐ Pre-trial proceedings:_____
(Description & Dates)

☐ Trial:_____
(Description & Dates)

☐ Sentencing:_____
(Description & Dates)

☐ Post-trial proceedings:_____
(Description & Dates)

I, _____ , hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: ☐ Funds   ☐ CJA Form 24

_____   _____
Counsel's Signature                                Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____   Estimated Number of Pages: _____

Estimated completion date: _____

_____   _____
Court Reporter's Signature                       Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.