**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/14

United States,

Plaintiff

vs.

Viktor Bout,

Defendant.

08-cr-365

**ORDER EXTENDING TIME TO FILE MOTION FOR NEW TRIAL**

THIS MATTER having come before the Court on Defendant's Motion to Extend Time to File Motion for New Trial, and the Court having reviewed the pleadings, records, and files herein, and being fully advised in the premises, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's Motion to Extend Time to File Motion for New Trial is GRANTED, and that Defendant's deadline to file his motion for new trial based on newly discovered evidence is hereby extended to January 1, 2015.

DONE this 3 day of November, 2014.

SHIRA A. SCHEINDLIN,
United States District Court Judge